## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

Daniel Rice,

    Plaintiff,

v.

CITY OF NORTH PORT, RHONDA Y. DIFRANCO, KEVIN VESPIA, JARRED FEGAN, JENNIFER BLENKER (BADGE #108), MARK MORIARTY, ROBERT K. ROBINSON, CAROL KOZABO, CYNTHIA KELLY, HELEN M. RAIMBEAU, PATSY C. ADKINS, IDA STRONG, SUSAN HALE, CINDI BASSETT, KYLE HOFFMAN, CHARLES A. DAY, GARY MACPHERSON, AND, BONNIE MACPHERSON,

    Defendant(s).
_____/

Case No.:   8:16-cv-106-T-35TGW

PLAINTIFFS AFFIDAVIT IN SUPPORT OF MOTION FOR DEFAULT JUDGE-MENT for CHARLES A. DAY

Filed by Priority U. S. Mail sent on March 1st 2016.

_____
Daniel Rice
6006 Dundee Avenue
North Port, FL 34291
No Contracted Telephone #
email - danrice50@gmail.com

## AFFIDAVIT IN SUPPORT OF MOTION FOR DEFAULT JUDGEMENT

I, Daniel Rice, declare under the penalty of perjury that the following facts are true and correct to the best of my knowledge and belief:

1. I am the pro se plaintiff in this action.

2. Complaint was served upon this defendant on January 26th 2016 no lawful response has been served within the time allowed nor has the defendant sought additional time within which to respond, and Default has entered by the Clerk of Court pursuant to Fed.R.Civ.P. 55(a) on the 22nd day of February 2016 against this defendant, Charles A. Day.

3. The claim of the plaintiff is for the sum of $150,000.00 (One Hundred Fifty Thousand Dollars and No Cents) plus interest from the date of judgement as provided by law, together with the costs of this action.

_____
Daniel Rice
6006 Dundee Avenue
North Port, FL 34291
No Contracted Telephone
email - danrice50@gmail.com

Sworn to and subscribed before me this 26th day of February 2016.

_____
Notary Public

My Commission Expires: Oct 13, 2017

MARIYA BRICH
Notary Public, State of Florida
Commission# FF 61171
My comm. expires Oct. 13, 2017